# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICHARD B. LAY

VERSUS

DONNIE BORDELON, ET AL

NO.   2026 CW 0348

**MAY 18, 2026**

---

In Re:    Richard B. Lay, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No. 83492.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

   **WRIT GRANTED WITH ORDER.** This court previously ordered the transfer of this action to the Nineteenth Judicial District Court to be considered as a petition for judicial review. **Lay v. Bordelon,** 2025-0886 (La. App. 1st Cir. 12/11/25), 2025 WL 3555062 (unpublished). The district court is again ordered to transfer the action to the Nineteenth Judicial District Court to be considered as a petition for judicial review on or before June 17, 2026 if it has not already done so.

                         PMc
                         HG
                         TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT